# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LORRIE HESSELRODE, HARVEY CLARK, RONALD HARRIS, and CALVIN BOX,**   ) ) ) **Plaintiffs,**   ) ) v.   ) ) **PAUL FARRIS, sued individually and in his official capacity as Mayor; and the CITY OF CAIRO, ILLINOIS,**   ) ) ) ) ) **Defendants.**   ) | Case No. 03-CV-4149-JPG |

## ORDER

**GILBERT, District Judge:**

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 64). Accordingly, this action is **DISMISSED WITH PREJUDICE.** Each party to bear its own costs. A separate Judgment shall accompany this Order.

**IT IS SO ORDERED.**

**DATED:  January 23, 2007.**

*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**DISTRICT JUDGE**