IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LORRIE HESSELRODE, HARVEY CLARK, RONALD HARRIS, and CALVIN BOX,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>PAUL FARRIS, sued individually and in his official capacity as Mayor; and the CITY OF CAIRO, ILLINOIS,  )<br>)<br>Defendants.  ) | Case No. 03-CV-4149-JPG |

## JUDGMENT

On the parties' stipulation, and in accordance with the Order entered this day, this action is dismissed with prejudice.

NORBERT G. JAWORSKI, CLERK OF COURT

**January 23, 2007.**              By:   s/Brenda K. Lowe
*Date*                                            *Deputy Clerk*


Approved: *s/ J. Phil Gilbert*            EOD: 1/23/07
               *District Judge*